UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
  :
FLEETZERO INC.,                                                   :
  :
                    Plaintiff,                          :
  :      25-CV-3240 (JMF)
      -v-                                                        :
  :      ORDER
ATLANTIC OCEANIC LLC,                                             :
  :
                    Defendant.                          :
  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       No later than **August 12, 2025**, the parties shall file a joint letter that (1) provides an update on the status of this action; (2) proposes next steps; and (3), assuming no further action is necessary, addresses whether it would be appropriate for the Court to close the case at this time (either with or without leave to move by a date certain to reopen the case).

       SO ORDERED.

Dated: August 4, 2025
       New York, New York
                                                  JESSE M. FURMAN
                                               United States District Judge